DL Investigations & Attorney Support LLC
7501 N. 16th Street, Suite 200
Phoenix, AZ 85020
(602) 285-9901

Inv. #
**162022**

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

**DOREEN JOHNCOX**

**Plaintiff / Petitioner,**

vs.

**THE LINCOLN NATIONAL LIFE INSURANCE COMPANY; et al.**

**Defendant / Respondent.**

ORIGINAL

NO. **CV-25-00160-TUC-JGZ**
CERTIFICATE OF SERVICE

**Cherise Fussy**, the undersigned certifies under penalty of perjury: That I am fully qualified pursuant to RCP 4 (d), 4 (e), 45 (b) and/or ARS 13-4072, to serve process in this case, and received for service the following documents in this action:

**SUMMONS & COMPLAINT, CIVIL COVER SHEET, NOTICE OF AVAILABILITY OF A MAGISTRATE JUDGE TO EXERCISE JURISDICTION**

from **Lisa J. Counters c/o Schiffman Law Office, P.C.** on **4/10/25**; that I personally served copies of these documents on those named below in the manner and time and place shown; and except where noted, all services were made in Maricopa County, Arizona.

**NAME:** **THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, c/o Department of Insurance and Financial Institutions**

**DATE & TIME:** 4/11/25 1:53pm

**PLACE & MANNER:** 100 N. 15TH AVENUE STE.261 PHOENIX, AZ 85007, which is his/her place of business. By serving Ashley Ramirez, Account Specialist, a person authorized to accept such service on their behalf, in person.

$15.00 service fee tendered. Description of the Named: Female, Age: 20's, Ht: 5' 4in., Wt: 115, Eyes: brown, Hair: brown, Ethnicity: Hisp.

**Statement of Costs**

| | |
|---|---|
| **Services** | $16.00 |
| **Mileage** | $30.00 |
| **Sp. Handl.** | |
| **Witness** | |
| **Advances** | $15.00 |
| **Cert. Prep** | $25.00 |
| **Other** | $7.50 |
| **Total** | $93.50 |

s/c, 24 pages

**Affiant - Registered in Maricopa County**

The above is covered by A.R.S. as amended 41-314 & 11-45 and Rules 4, 5 and 45.

RECEIVED
APR 1 8 2025