UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Doreen Johncox,<br><br>Plaintiff,<br>vs.<br><br>The Lincoln National Life Insurance Company; Intecon, LLC Short-Term Disability Benefit Plan; and Intecon, LLC Long-Term Disability Benefit Plan,<br><br>Defendants. | Case No.: 4:25-cv-00160-JGZ<br><br>**[PROPOSED] ORDER** |

Pursuant to the parties' Stipulation for Dismissal of Defendants Intecon, LLC Short-Term Disability Benefit Plan and Intecon, LLC Long-Term Disability Benefit Plan Without Prejudice and good cause appearing,

**IT IS HEREBY ORDERED** that Defendants Intecon, LLC Short-Term Disability Benefit Plan and Intecon, LLC Long-Term Disability Benefit Plan be and hereby are dismissed without prejudice in this action, and that Plaintiff shall bear her own costs and attorneys' fees with regard to such claims.

DATED this ___ day of ___________ 2025.