**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Doreen Johncox,<br><br>Plaintiff,<br><br>v.<br><br>Lincoln National Life Insurance Company, et al.,<br><br>Defendants. | No. CV-25-00160-TUC-JGZ<br><br>**ORDER** |

Having considered the parties' Joint Stipulation for Dismissal of Defendants Intecon, LLC Short-Term Disability Benefit Plan and Intecon, LLC Long-Term Disability Benefit Plan Without Prejudice (Doc. 6), and good cause appearing,

**IT IS ORDERED** that the parties' Joint Stipulation (Doc. 6) is **granted**. Intecon, LLC Short-Term Disability Benefit Plan and Intecon, LLC Long-Term Disability Benefit Plan are dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Plaintiff shall bear her own costs and attorneys' fees with regard to such claims.

Dated this 29th day of April, 2025.

Jennifer G. Zipps
Chief United States District Judge