**Admitted *Pro Hac Vice***
Iwana Rademaekers (TX Bar No. 16452560)
**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

*Attorney for Defendant The Lincoln National Life Insurance Company*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

Doreen Johncox,

Plaintiff,

vs.

The Lincoln National Life Insurance Company,

Defendant.

Case No. 4:25-cv-00160-JGZ

**JOINT REPORT ON SETTLEMENT TALKS**

Pursuant to the Case Management Order (Dkt 12) entered by the Court, the Parties submit this Joint Report on Settlement Talks and state as follows:

The parties have thoroughly discussed the issues that are relevant to this action, including the parties' positions and argument and believe that a settlement conference would be helpful in this case. Accordingly, the parties request that the Court refer this action to a magistrate judge for a settlement conference. Additionally, the parties note that there are no immediate deadlines in the Court's Case Management Order

(Document 12) that would be impacted by setting this matter for a settlement conference.

RESPECTFULLY SUBMITTED this 30th day of January 2026.

LAW OFFICES OF IWANA RADEMAEKERS, P.C.

By: /s/ Iwana Rademaekers
Iwana Rademaekers
Attorney for Defendant The Lincoln National Life Insurance Company

AND

By: /s/ Lisa Counters
Lisa Counters, 016436
**SCHIFFMAN LAW OFFICE**
4506 N. 12th Street
Phoenix, AZ 85014-4246
Voice: (602) 266-2667
Fax: (602) 266-0141
Email: Lisa@Schiffmanlaw.com
Attorneys for Plaintiff Doreen Johncox