**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Doreen Johncox,

Plaintiff,

v.

Lincoln National Life Insurance Company,

Defendant.

No. CV-25-00160-TUC-JGZ

**ORDER**

On January 30, 2026, the parties filed a Joint Report on Settlement Talks in which they request the Court refer this matter to a magistrate judge for a settlement conference. (Doc. 13.) Accordingly, having considered the parties' request,

**IT IS ORDERED** that this matter is referred by random lot pursuant to LRCiv 3.7 to Magistrate Judge Eric. J. Markovich for a settlement conference. Within seven (7) days of the filing date of this Order, the parties shall jointly contact Magistrate Judge Markovich's law clerk, Marcia Delanty, at 520-205-4600, for further instructions regarding scheduling the settlement conference.

Dated this 2nd day of February, 2026.

Jennifer G. Zipps
Chief United States District Judge