IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

Doreen Johncox,

Plaintiff,

v.

Lincoln National Life Insurance, Co.,

Defendant.

No. CV-25-00160-TUC-JGZ

**ORDER**

IT IS HEREBY ORDERED that this matter is set for a SETTLEMENT CONFERENCE on **Friday, May 29, 2026 at 9:30 a.m.** before the Honorable Eric J. Markovich. **The settlement conference shall be held via videoconference.** If a party is unable to participate via videoconference, that individual may appear telephonically. Additional information regarding the conference, including how to join the video conference, will be e-mailed to counsel.

IT IS FURTHER ORDERED that lead trial counsel and a representative of Defendants with settlement authority attend the settlement conference. If the parties have any questions or concerns prior to the conference, please contact my law clerk, Marcia Delanty, at (520) 205-4600.

Dated this 20th day of February, 2026.

Eric J. Markovich
United States Magistrate Judge