**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Doreen Johncox,<br>Plaintiff,<br>v.<br>Lincoln National Life Insurance, Co.,<br>Defendant. | No. CV-25-00160-TUC-JGZ<br><br>**ORDER** |

Due to the unavailability of one of the attendees, IT IS HEREBY ORDERED that the settlement conference currently set for Friday, May 29, 2026, at 9:30 a.m. before the Honorable Eric J. Markovich is VACATED. Counsel shall contact my law clerk to reschedule.

Dated this 29th day of May, 2026.

Eric J. Markovich
United States Magistrate Judge