**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Doreen Johncox,

Plaintiff,

v.

Lincoln National Life Insurance Company,

Defendant.

No. CV-25-00160-TUC-JGZ

**ORDER**

On June 4, 2026, the parties filed a Notice of Settlement informing the Court that the parties anticipated filing closing papers within 30 days. (Doc. 17.) As of August 3, 2026, the parties have not filed a stipulation to dismiss or other closing papers. Therefore, the Court will direct the parties to file a joint stipulation or show cause why the Court should not dismiss this action with prejudice. Accordingly,

**IT IS ORDERED** that no later than **Monday, August 10, 2026,** the parties shall file a stipulation of dismissal or show cause why dismissal is not warranted in this action.

Dated this 3rd day of August, 2026.

Jennifer G. Zipps
Chief United States District Judge