**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Doreen Johncox,<br><br>Plaintiff,<br><br>v.<br><br>Lincoln National Life Insurance Company,<br><br>Defendant. | No. CV-25-00160-TUC-JGZ<br><br>**ORDER** |

Having received the parties' Stipulation to Dismiss with Prejudice (Doc. 19), and good cause appearing,

**IT IS ORDERED** that the Stipulation (Doc. 19) is **approved**. This matter is **dismissed with prejudice**. Each party shall bear their own attorney's fees and costs.

Dated this 10th day of August, 2026.

Jennifer G. Zipps
Chief United States District Judge